UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN KUPERNIK                         :         NO.:
                                      :
v.                                    :
                                      :
TOWN OF WINDSOR LOCKS,                :
CHIEF OF POLICE ERIC OSANTISCH        :
AND POLICE OFFICER ROBERT LANG        :         JUNE 12, 2020

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, the defendants hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Hartford at Hartford for the following reasons:

1.    Plaintiff commenced an action against the defendants in the Judicial District of Hartford at Hartford, by service of a Summons and Complaint dated April 17, 2020.  The plaintiff served a copy of the Summons and Complaint upon each defendant individually on or after May 26, 2020.  Pursuant to 28 U.S.C. § 1446(a), the defendants have attached said Summons and Complaint hereto.

2.    The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§ 1441, 1331 and 1343(a)(3), in that the Complaint involves federal questions, is brought pursuant to 42 U.S.C. § 1983, and alleges false arrest in violation of the Fourth Amendment to the U.S. Constitution, deprivation of equal protection of the law in violation of the Fourteenth Amendment to the U.S. Constitution, deprivation of the right against self-incrimination in violation of the Fifth Amendment to the U.S.

Constitution, and municipal liability pursuant to § 1983, and the controversy arises under the said statutes and constitutional provisions.

3.     The action is returnable in the Superior Court for the Judicial District of Hartford at Hartford on June 23, 2020.

4.     Attached hereto, in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and pleadings received by the defendants to date.

5.     The defendants deny all of plaintiff's allegations.

6.     Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§ 1331, 1343(a)(3) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441, 1443 and 1446.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of Hartford at Hartford be removed therefrom to this Court.

DEFENDANTS,
TOWN OF WINDSOR LOCKS, ERIC OSANITSCH AND ROBERT LANG

By_____ /s/ Beatrice S. Jordan_____
    Beatrice S. Jordan
    ct22001
    Thomas R. Gerarde
    ct05640
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-11921
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: bjordan@hl-law.com
    E-mail: tgerarde@hl-law.com

## **CERTIFICATION**

This is to certify that on June 12, 2020, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/ Beatrice S. Jordan_____
Beatrice S. Jordan